IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST, ) | CASE NO. 1:07CV550-001 |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES L. BLACKMON, et al., ) | |
| ) | ORDER OF CASE DISMISSAL |
| Defendant(s), ) | |

On September 25, 2007, Plaintiff was ordered to comply with this Court's June 8, 2007 order, (ECF Doc. No. 16), instructing Plaintiff to re-file its Motion for Default Judgment to include a payment history reflecting the date and actual payments made (Affidavit of Payment History).  Further, Plaintiff was informed that failure to comply with the Court's order by September 27, 2007 at 4:00 p.m. will result in dismissal for failure to prosecute.

Plaintiff failed to timely re-file its Motion for Default Judgment with corrected payment history as instructed by the Court on September 25, 2007.  Therefore,

IT IS ORDERED that this case is dismissed, without prejudice, for failure to prosecute.

       IT IS SO ORDERED.

s/Christopher A. Boyko  
Christopher A. Boyko  
United States District Judge

November 28, 2007